**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAZMIN NORIEGA, MAYRA A. LORA OCHOA, LORENA D. OLIVERO BARRIOS, ANA E. NARVAEZ RUIZ, and BERNARD TROLY, on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PURE'S FOOD SPECIALTIES, LLC and JESUS SALAZAR <br><br> Defendants. | Case No. 1:25-cv-12621 <br><br> Hon. Virginia M. Kendall <br><br> Magistrate Judge Beth W. Jantz |

## DEFENDANT PURE'S FOOD SPECIALTIES, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant Pure's Food Specialties, LLC ("Pure's Food"), by and through the undersigned attorneys, submits this Motion to Dismiss the Complaint filed by Plaintiffs Jazmin Noriega, Mayra A. Lora Ochoa, Lorena D. Olivero Barrios, Ana E. Narvaez Ruiz, and Bernard Troly (each, a "Plaintiff," and collectively, the "Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. In support of its Motion, Pure's Food submits its Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Complaint, which is incorporated into this Motion, and states as follows:

1. On October 15, 2025, Plaintiffs filed the Complaint against Pure's Food and its former employee, Jesus Salazar ("Mr. Salazar") (together, the "Defendants") alleging: (1) interception of wire, oral, and/or electronic communications in violation of Title I of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.* (the "Federal Wiretap Act") against Defendants (Count I); (2) sexual harassment of Plaintiffs in

1

violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and the Illinois Human Rights Act, 775 ILCS 5/1 *et seq.* ("IHRA") against Defendants (Count II); (3) retaliation against Plaintiffs in violation of Title VII and the IHRA against Pure's Food (Count III); and (4) intrusion upon seclusion of the Plaintiffs in violation of Illinois law against Defendants (Count IV).

2. This Court should dismiss Count I of Plaintiffs' Complaint against Pure's Food because (a) Plaintiffs have not pled facts to suggest that any of their oral communications were intercepted; and (b) Plaintiffs fail to plead facts to suggest that Mr. Salazar was acting within the scope of his employment when he recorded Plaintiffs.

3. This Court should dismiss Count II of Plaintiffs' Complaint against Pure's Food because Plaintiffs fail to allege that (a) Mr. Salazar's conduct was "on the basis of" Plaintiffs' sex; and (b) Plaintiffs were aware of such conduct at the time it took place such that it created a hostile work environment.

4. This Court should dismiss Count III of Plaintiffs' Complaint against Pure's Food because Plaintiffs fail to plead facts to suggest Pure's Food had actual knowledge of their protected activities, as is required to establish a causal nexus between Plaintiffs Troly's, Narvaez's, and Noriega's protected activities and the alleged adverse employment actions taken against them.

5. This Court should dismiss Count IV of Plaintiffs' Complaint against Pure's Food because (a) Plaintiffs fail to plead facts to suggest that Mr. Salazar was acting within the scope of his employment when he recorded Plaintiffs; and (b) Plaintiffs' claim is barred by the Illinois Workers' Compensation Act ("IWCA").

WHEREFORE, Defendant Pure's Food respectfully requests that this Court dismiss with prejudice Counts I, II, III, and IV of Plaintiffs' Complaint against Pure's Food and award Pure's Food any other relief this Court deems just.

Dated: December 16, 2025                                        Respectfully submitted,

                                                                                Pure's Food Specialties, LLC

                                                                                By:  /s/  Brian P. Paul
                                                                                One of Its Attorneys

Brian P. Paul
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Telephone: 312.222.0800


Emily P. Figura (*pro hac vice*)
Michael Best & Friedrich LLP
675 15th Street, Suite 2000
Denver, Colorado 80204
Telephone: 877.398.5240

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically filed the foregoing ***Defendant Pure's Food Specialties, LLC's Motion to Dismiss Plaintiffs' Complaint*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Peter T. Sadelski
Ed Fox & Associates, Ltd.
118 N. Clinton St., Ste. 425
Chicago, Illinois 60661
(312) 345-8877
petersadelski@efoxlaw.com
*Attorney for Plaintiffs*

/s/ Brian P. Paul
*Attorney for Defendant*
*Pure's Food Specialties, LLC*
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
E-mail: bppaul@michaelbest.com